IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISANA
BATON ROUGE DIVISION

| | | |
|---|---|---|
| TAZELL WILLIAMS | § § § § | |
| Plaintiff | | |
| v. | § § § § § § § § § § § § | Civil Action No. 3:16-cv-00115 |
| | | Honorable Judge Shelly D. Dick |
| HUNTER WARFIELD And EXPERIAN INFORMATION SOLUTIONS, INC. | | Article III Judge |
| | | Honorable Erin Wilder-Doomes Magistrate Judge           § |
| Defendants | | |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, to file this Notice, and in support would show as follows.

1. Plaintiff is filing this notice to inform this Court that Plaintiff has settled this case with **both Defendants.**

2. The parties anticipate that it will take no longer than thirty (30) days to finalize all of the documentation required to terminate this litigation and have an agreed Stipulation of Dismissal filed dismissing both Defendants.

Respectfully submitted,

 /s/ *Jonathan Raburn*
Jonathan Raburn
LA Bar Roll No. 28728
The Raburn Law Firm, LLC
301 N. Main Street, Suite 2200
Baton Rouge, LA 70825
Jonathan@geauxlaw.com

                                                                    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of July, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

Date Signed this the 8th day of July, 2016

                                          /s/ *Jonathan Raburn*
                                          Jonathan Raburn
                                          LA Bar Roll No. 28728
                                          The Raburn Law Firm, LLC
                                          301 N. Main Street, Suite 2200
                                          Baton Rouge, LA 70825
                                          Jonathan@geauxlaw.com
                                          Attorney for Plaintiff